**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DAVID CONLEY
ADC #101068**                                                                                          **PLAINTIFF**

**v.**                                              **Case No. 4:25-cv-00189-KGB**

**JACOB COOPER,** *et al.*                                                          **DEFENDANTS**

**<u>ORDER</u>**

Before the Court is a Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney on March 24, 2025 ("Partial Recommendation") (Dkt. No. 12), a motion for summary judgment filed by defendant Jacob Cooper (Dkt. No. 26), and a Proposed Findings and Recommendations submitted by Judge Kearney on May 6, 2026 ("Recommendation") (Dkt. No. 36).  Plaintiff David Conley has not filed objections to the Partial Recommendation or the Recommendation, and the time to do so has passed.  After careful consideration, the Court adopts the Partial Recommendation and Recommendation in their entirety as this Court's findings in all respects.

Therefore, the Court:

(1)     adopts the Partial Recommendation as this Court's findings in all respects (Dkt. No. 12);

(2)     dismisses without prejudice Conley's official capacity claims;

(3)     dismisses without prejudice Conley's claims against defendant James Harrison;

(4)     adopts the Recommendation as this Court's findings in all respects (Dkt. No. 36);

(5)     grants Cooper's motion for summary judgment (Dkt. No. 26); and

(6)     dismisses Conley's personal capacity claims against Cooper with prejudice.

It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from

this Order would be frivolous and not taken in good faith.

It is so ordered this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge